UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRANDON RASHARD WATERS and KASHANA SANGFIELD, on behalf of themself and all others similarly situated,

    Plaintiffs,

v.

Case No.:  2:24-cv-293-SPC-KCD

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, HIDAY & RICKE, P.A., JEFF RICKE and ROBERT HIDAY,

    Defendants.
_____/

## ORDER

The parties move to suspend all case management deadlines pending global settlement discussions with other similar cases. (Doc. 25.) The Court agrees that halting the deadlines will conserve judicial resources and promote efficiency and therefore **GRANTS** the motion. The Court will also stay the case pending the outcome of the global mediation. The Clerk is **directed** to add a stay flag to the docket. Once the stay is lifted, a case management conference will be set. The parties must file a status report on the settlement efforts by **October 14, 2024**.

**ORDERED** in Fort Myers, Florida on June 11, 2024.

*[signature]*
Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record