## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

| | |
|---|---|
| **BRANDON RASHARD WATERS, and KASHANA SANGFIELD, on behalf of themself and all others similarly situated,** | |
| **Plaintiffs,** | **Case No.: 2:24-cv-293-SPC-KCD** |
| **v.** | **CLASS ACTION** |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, HIDAY & RICKE, P.A., JEFF RICKE, an individual, and ROBERT HIDAY, an individual,** | |
| **Defendants.** | |

### NOTICE OF SETTLEMENT

1.     On June 11, 2024, the Court issued a stay of all deadlines in the case. [D.E. 26].

2.     Between November 14, 2024 and January 10, 2025, this Court granted five additional extensions on the stay while the parties engaged in lengthy settlement negotiations.

3.     The final extension to the stay is set to expire today, January 16, 2025.

4.     The parties are pleased to report that they have executed a detailed term sheet regarding settlement of both this Action and the action titled *Sanchez v. State*

*Farm Mut. Auto. Ins. Co.*, (No. 3:21-cv-372) (M.D. Fla.). This settlement is contingent upon the Parties reaching a formal written settlement agreement.

5.    Relevant to this Court, the Parties intend to seek preliminary approval of a class action settlement that will resolve this matter in *Sanchez v. State Farm Mut. Auto. Ins. Co.*, (No. 3:21-cv-372) (M.D. Fla.) within forty-five (45) days.

6.    As an exhibit to the motion for preliminary approval, Plaintiff will attach a proposed amended complaint that includes Plaintiffs Brandon Waters and Kashana Sangfield and the claims asserted in this litigation. Upon granting of preliminary approval by the *Sanchez* Court, this case will be voluntarily dismissed without prejudice.

7.    Accordingly, the Parties request that the Court continue the stay of this matter for ninety (90) days to allow the parties to obtain preliminary approval of the class action settlement and to seek voluntary dismissal of this action.

Dated:  January 16, 2025          **VARNELL & WARWICK, P.A.**

/s/ Jeffrey Newsome
Jeffrey L. Newsome: 1018667
Brian W. Warwick; FBN:  0605573
Janet R. Varnell; FBN:  0071072
Christopher J. Brochu: 1013897
Pamela Levinson, 538345
400 N. Ashley Dr., Ste. 1900
Tampa, FL  33602
Telephone:  (352) 753-8600
Facsimile:  (352) 504-3301
*jnewsome@ vandwlaw.com*
*bwarwick@vandwlaw.com*

2

*jvarnell@vandwlaw.com*
*cbrochu@vandwlaw.com*
*plevinson@vandwlaw.com*
*ckoerner@vandwlaw.com*

***Attorneys for Plaintiffs***

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on January 16, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Jeffrey Newsome
Jeffrey L. Newsome