# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

BRANDON RASHARD WATERS, and KASHANA SANGFIELD, on behalf of themself and all others similarly situated,

    Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, HIDAY & RICKE, P.A., JEFF RICKE, an individual, and ROBERT HIDAY, an individual,

    Defendants.

Case No.: 2:24-cv-293-SPC-KCD

CLASS ACTION

## JOINT STATUS REPORT

1. On June 11, 2024, the Court issued a stay of all deadlines in the case. [Dkt. 26].

2. On January 21, 2025, the Court issued an Order granting the Parties request of a continued stay while settlement was finalized. The Court ordered the Parties to file a status report by April 21, 2024. [Dkt. 38].

3. The parties attended a hearing on Plaintiff's Motion for preliminary approval of the settlement in the Sanchez case on April 18, 2025. The Court ordered some additional filings to be made by April 23, 2025; and noted that it is inclined to

preliminary approve the settlement. The Parties anticipate that a preliminary approval order may be issued soon.

4. Accordingly, the Parties suggest that they submit an updated status report to this Court by May 5, 2025.

WHEREFORE, the Parties respectfully request that the Court continue its stay of the case for fourteen (14) additional days.

Dated: April 21, 2025 **VARNELL & WARWICK, P.A.**

/s/ Jeffrey L. Newsome
Jeffrey L. Newsome: 1018667
Brian W. Warwick; FBN: 0605573
Janet R. Varnell; FBN: 0071072
Christopher J. Brochu: 1013897
Pamela Levinson, 538345
400 N. Ashley Dr., Ste. 1900
Tampa, FL 33602
Telephone: (352) 753-8600
Facsimile: (352) 504-3301
*jnewsome@ vandwlaw.com*
*bwarwick@vandwlaw.com*
*jvarnell@vandwlaw.com*
*cbrochu@vandwlaw.com*
*plevinson@vandwlaw.com*
*ckoerner@vandwlaw.com*

***Attorneys for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 21, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Jeffrey L. Newsome
Jeffrey L. Newsome