## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

| | |
|---|---|
| BRANDON RASHARD WATERS, and KASHANA SANGFIELD, on behalf of themself and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, HIDAY & RICKE, P.A., JEFF RICKE, an individual, and ROBERT HIDAY, an individual,<br><br>    Defendants. | Case No.: 2:24-cv-293-SPC-KCD<br><br>CLASS ACTION |

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, and with the consent of the Defendants, Plaintiffs Brandon Rashard Waters and Kashana Sangfield hereby voluntarily dismiss their claims, without prejudice, against Defendants State Farm Mutual Automobile Insurance Company, Hiday & Ricke, P.A., Jeff Ricke and Robert Hiday in the above-captioned action.

Dated:  May 16, 2025          **VARNELL & WARWICK, P.A.**

        /s/ Jeffrey L. Newsome
        Jeffrey L. Newsome: 1018667
        Brian W. Warwick; FBN:  0605573
        Janet R. Varnell; FBN:  0071072
        Christopher J. Brochu: 1013897
        Pamela Levinson, 538345
        400 N. Ashley Dr., Ste. 1900
        Tampa, FL  33602
        Telephone:  (352) 753-8600
        Facsimile:  (352) 504-3301
        *jnewsome@ vandwlaw.com*
        *bwarwick@vandwlaw.com*
        *jvarnell@vandwlaw.com*
        *cbrochu@vandwlaw.com*
        *plevinson@vandwlaw.com*
        *ckoerner@vandwlaw.com*

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 16, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

        /s/ Jeffrey L. Newsome
        Jeffrey L. Newsome